## Dr. M. R. Rosin, Mrs. M. R. Rosin, and Lois Rosin, Appellees, v. Central Plaza Hotel, Inc., Appellant.

Gen. No. 45,432.

Joseph B. Gilbert, for appellant; Melvin L. Goldman, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 21, 1952; released for publication February 5, 1952.